IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L. PAGE, | No. C 12-3721 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| AUDREY KING, Acting Executive Director California Department of Mental Health, | |
| Respondent. | |

Pursuant to the order dismissing this case, a judgment of dismissal is hereby entered in favor of respondent. Petitioner shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: October  25 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\PAGE3721.JUD.wpd