UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L. PAGE,<br><br>    Petitioner,<br><br>v.<br><br>AUDREY KING,<br><br>    Respondent. | Case No.: 1:16-cv-00522-AWI-JLT (HC)<br><br>ORDER DIRECTING PARTIES TO FILE BRIEFS AND SETTING BRIEFING SCHEDULE<br><br>[60-DAY DEADLINE] |

On August 2, 2019, the Ninth Circuit Court of Appeals vacated the order dismissing the petition and remanded it to the district court. (Doc. 107.) The Ninth Circuit held that "the district court erred in abstaining under <u>Younger</u> from hearing [Petitioner's] claim that the state is violating his pretrial due process rights," but did not speak to the merits of Petitioner's claim. (Doc. 107 at 15.)

The Ninth Circuit declined to decide whether the state is violating Petitioner's due process rights. However, this issue is now central to the proceedings and must be decided for the case to proceed. Accordingly, the Court orders that the parties to file briefs addressing the merits of Petitioner's due process claim.

The Court notes that the parties have already submitted arguments relating to this issue. Therefore, either party may choose to rely upon the legal arguments and matters presently in the record and may forego filing a brief and may file instead, a notice that the party is submitting the matter based on the present record. Accordingly, the Court ORDERS:

1

1. The parties **SHALL** file briefs addressing the issue of the merits of Petitioner's due process claim within sixty days of service of this order. Alternatively, a party may file a notice that the party is submitting the issue based upon the current state of the record.

IT IS SO ORDERED.

Dated: __**August 29, 2019**__   _____/s/ Jennifer L. Thurston_____
UNITED STATES MAGISTRATE JUDGE