1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  SAMMY L. PAGE,                     )   Case No.: 1:16-cv-00522-AWI-JLT (HC)
                                       )
12              Petitioner,            )   ORDER APPOINTING FEDERAL DEFENDER
                                       )
13       v.                            )
                                       )
14  AUDREY KING,                       )
                                       )
15              Respondent.            )
                                       )
16  _____   )

17          On August 2, 2019, the Ninth Circuit Court of Appeals reversed and remanded the matter to

18  the district court holding that "the district court erred in abstaining under <u>Younger</u> from hearing

19  [Petitioner's] claim that the state is violating his pretrial due process rights." (Doc. 107 at 15.) The

20  Ninth Circuit also directed the district court to appoint counsel pursuant to 18 U.S.C. §

21  3006A(a)(2)(B)[1]. (Doc. 107 at 15.) Thus, the Court ORDERS that the Federal Defender is

22  APPOINTED to represent Petitioner. The Clerk of Court is DIRECTED to serve a copy of this order

23  on the Office of the Federal Defender. A briefing schedule will be set forth by separate order.

24

25  IT IS SO ORDERED.

26      Dated:  __August 29, 2019__            _____/s/ Jennifer L. Thurston_____
                                               UNITED STATES MAGISTRATE JUDGE
27

28

_____

[1] In light of this, Page's motion for appointment of counsel (Doc. 109) is MOOT.