1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   SAMMY L. PAGE,                     )   Case No.: 1:16-cv-00522-AWI-JLT (HC)
                                        )
12              Petitioner,             )   ORDER GRANTING RESPONDENT'S MOTION
                                        )   FOR EXTENSION OF TIME AND REQUEST TO
13        v.                            )   RESET HEARING
                                        )
14   AUDREY KING,                       )
                                        )   (Docs. 128, 130)
15              Respondent.             )
                                        )   THIRTY-DAY DEADLINE
16   _____   )

17        On February 26, 2020, Respondent filed an unopposed motion for extension of time to file

18   responses to (1) Petitioner's post-remand brief on the due process claim; (2) Petitioner's motion to file

19   a second amended petition for writ of habeas corpus; and Petitioner's motion to declare state court

20   exhaustion of Fourteenth Amendment claim to be unnecessary or excused. Good cause appearing

21   therefore, the Court ORDERS:

22        1.  Respondent's motion for extension of time is GRANTED.  Respondent shall file

23            responses within thirty days from the date of service of this order; and

24        2.  The motion hearing is reset to **May 4, 2020 at 10 a.m**. before Judge Thurston at the

25            United States Courthouse, located at 510 19th Street, Bakersfield, Ca.

26   ///

27   ///

28

                                        1

Counsel may appear via teleconference by dialing (888) 557-8511 and entering Access Code 1652736, **if** they provide written notice of their intent to do so to the Courtroom Deputy Clerk at least five court days before the hearing date.

IT IS SO ORDERED.

Dated: __February 27, 2020__          _____/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE