# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L. PAGE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>AUDREY KING,<br><br>　　　　Respondent. | Case No.: 1:16-cv-00522-AWI-JLT (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME AND REQUEST TO RESET HEARING<br><br>(Doc. 134)<br><br>THIRTY-DAY DEADLINE |

On March 26, 2020, Respondent filed a motion for extension of time to file responses to (1) Petitioner's post-remand brief on the due process claim; (2) Petitioner's motion to file a second amended petition for writ of habeas corpus; and (3) Petitioner's motion to declare state court exhaustion of Fourteenth Amendment claim to be unnecessary or excused. (Doc. 134.) Respondent also requests that the hearing set for May 8, 2020 be reset. (Doc. 134 at 2.) Petitioner filed a response to the motion, opposing the resetting of the hearing date.[1] (Doc. 135.) However, the Court already intended to continue the hearing due to the COVID-19 pandemic. These extraordinary times, unfortunately, require different a response than in the past. Thus, good cause appearing therefore, the Court ORDERS:

　　1. Respondent's motion for extension of time is GRANTED. Respondent shall file

---

[1] Petitioner opposes the request in part because he believes his motions are "highly time sensitive" (Doc. 135 at 2) and yet, he sought several extensions of time to make his filings and still filed them late.

1

responses within thirty days from the date of service of this order; and

2. In light of the COVID-19 pandemic, the motion hearing is reset to **June 1, 2020 at 10 a.m**. before Judge Thurston at the United States Courthouse, located at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated: **March 26, 2020**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE